UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NORMA KATHLEEN CRAFTON,

     Plaintiff,

v.                                               Case No: 5:13-cv-117-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY

     Defendant.
_____

## REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court on Plaintiff's appeal of an administrative decision denying her application for Disability Insurance Benefits ("DIB"). The Court has reviewed the record, the memoranda, and the applicable law. For the reasons set forth herein, the Commissioner's decision should be **AFFIRMED** under sentence four of 42 U.S.C. § 405(g).

### I. Procedural History and Summary of the ALJ's Decision

In June 2010, Plaintiff filed an application for DIB, alleging a disability onset date of July 14, 2003. (Tr. at 114). The Social Security Administration denied this application initially and upon reconsideration. (*Id.* at 64-65). Plaintiff requested and received a hearing before an Administrative Law Judge ("ALJ"). (*Id.* at 73, 86). On September 16, 2011, the ALJ found Plaintiff not disabled. (*Id.* at 34).

In a written decision, the ALJ made the following findings. (Tr. at 24-34). Plaintiff last met the insured status requirements on December 31, 2008. (*Id.* at 26). At step one, Plaintiff

---

[1] Specific written objections may be filed in accordance with 28 U.S.C. § 636, and Rule 6.02, Local Rules, M.D. Fla., within fourteen (14) days after service of this report and recommendation. Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.